**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6146**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RANDOLPH HARRIS AUSTIN,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:16-cr-00277-RJC-DCK-1)

Submitted:  June 25, 2024                    Decided:  June 28, 2024

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Randolph Harris Austin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolph Harris Austin appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. We have the reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Austin*, No. 3:16-cr-00277-RJC-DCK-1 (W.D.N.C. Feb. 1, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*